# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JO ANNE PEPITONE,<br>        Plaintiff,<br><br>v.<br><br>TOWNSHIP OF LOWER MERION,<br>TOWNSHIP OF LOWER MERION POLICE<br>DEPARTMENT, and POLICE<br>SUPERINTENDENT MICHAEL J.<br>MCGRATH,<br>        Defendants. | CIVIL ACTION<br><br><br><br>NO. 19-1447 |

## ORDER

AND NOW, this 19th day of December, 2019, upon consideration of Defendants' Partial Motion to Dismiss (Doc. No. 12) and the Response thereto, it is hereby ORDERED that the Partial Motion to Dismiss of Defendants Township of Lower Merion, Township of Lower Merion Police Department, and Police Superintendent Michael J. McGrath (Doc. No. 12) is DENIED in part and GRANTED in part with leave to amend.

BY THE COURT:

s/ J. Curtis Joyner
_____
J. CURTIS JOYNER, J.