IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JO ANNE PEPITONE,<br>          Plaintiff,<br><br>     v.<br><br>TOWNSHIP OF LOWER MERION and<br>MICHAEL J. MCGRATH,<br>          Defendants. | CIVIL ACTION<br><br><br><br>NO.  19-1447 |

## ORDER

AND NOW, this     10th     day of August, 2020, upon consideration of Defendants' Partial Motion to Dismiss Plaintiff's Third Amended Complaint Pursuant to F.R.C.P. 12(b)(6) (Doc. No. 22), it is hereby ORDERED that the Motion is GRANTED.

BY THE COURT:

s/ J. Curtis Joyner
_____
J. CURTIS JOYNER, J.